UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL A. LIONELLI<br><br>Plaintiff,<br><br>vs.<br><br>HAMILTON TOWNSHIP, JOHN DOES 6-10 (fictitious individuals), Personnel of the Hamilton Township Police Department in supervisory capacities; DETECTIVE GARY BURGER, PATRICK GUIDO, MICHAEL MCGOWAN, PETER FRASCELLA, and JOHN DOES 1-5 (fictitious individuals), members of the Hamilton Township Police Department<br><br>Defendant. | CIVIL ACTION<br>DOCKET NO: 3:18-CV-00637-FLW-JHG |

## STIPULATION OF DISMISSAL

The matter in difference in the above-captioned action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and is hereby dismissed with prejudice as to Officer Peter Frascella only and without costs against either party.

Dated: March 5, 2020

CAPEHART & SCATCHARD, P.A.

By:_____
Michelle L. Corea
Attorney for Defendant(s),
Hamilton Township

MALLON & TRANGER

By:_____
Thomas Mallon, Esq.
Attorney for Plaintiffs(s),
Michael A. Lionelli

7675533